IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JON MILLS**  **PLAINTIFF**
**ADC # 086911**

v.	Case No. 4:16-cv-00017-KGB

**SALINE COUNTY, ARKANSAS,** *et al.*  **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered and adjudged that plaintiff Jon Mills's complaint is dismissed without prejudice.

It is so adjudged this the 27th day of March, 2017.

_____
Kristine G. Baker
United States District Judge